**Luz VASQUEZ, Plaintiff–Counter–Defendant–Appellant,**

v.

**ZENITH TRAVEL, INC.; McCord Travel Management; McCord Travel Management Employees Profit Sharing Retirement Plan, Defendants–Counter–Claimants–Appellees.**

No. 00–9459.

United States Court of Appeals, Second Circuit.

July 11, 2001.

Anne C. Vladeck, Vladeck, Waldman, Elias & Engelhard, P.C., New York, NY, for appellant.

William G. Miossi, Winston & Strawn, New York, NY, for appellee.

Present MINER, LEVAL, Circuit Judges, and RAKOFF, District Judge.*

SUMMARY ORDER

Luz Vasquez appeals from a grant of summary judgment dismissing her claim that she was illegally discharged in retaliation for making inquiries about her § 401(k) plan balance, in violation of § 510 of ERISA, 29 U.S.C. § 1140. She contends, *inter alia*, that summary judgment was inappropriate because a reasonable factfinder could have found that she was terminated because of those inquiries.

---

* The Honorable Jed S. Rakoff, United States District Court for the Southern District of New York, sitting by designation.

We reject Vasquez's argument. Vasquez's former employer made a strong showing that it discharged Vasquez because it wanted to automate most of the functions that she performed and because it wanted to hire a staff accountant supervisor. Vasquez did not produce evidence that would permit a reasonable factfinder to find that she was dismissed in retaliation for her inquiries relating to her § 401(k) plan balance.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.